# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOUGLAS ROBERTSON

NO. 2024 KW 0544

**AUGUST 23, 2024**

---

In Re:     Douglas Robertson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           07-03-0089.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's "Motion to Vacate Conviction and Sentence" on
May 29, 2024.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT